# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148385

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LEROY CAUDILL,
        Plaintiff-Appellant,

v

SHELDON MILLER LAW FIRM, LEIB AND
LEIB LAW FIRM, SHELDON MILLER,
ANDREW ROGERS, and JEFF LEIB,
        Defendants-Appellees.

SC: 148385
COA: 310714
Oakland CC: 2011-122545-NM

_____/

      On order of the Court, the application for leave to appeal the November 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014

                             Clerk

t0519